L. PAUL JUMEAU, AS ADMINISTRATOR OF THE ESTATE OF
ACHILLE HENRI LAURENT, DECEASED, *Plaintiff in Error*, v. WILLIAM N. CAMP, *Defendant in Error.*

A verdict for the defendant, and a discharge of the jury, not followed by a judgment will not support a writ of error.

This case was decided by Division A.

Writ of error to the Circuit Court for Citrus county.

The facts in the case are stated in the opinion of the court.

*John G. Reardon* for plaintiff in error.

*R. L. Anderson* and *O. T. Green* for defendant in error.

PER CURIAM.—There is no final judgment in this record and the cause must be dismissed. There is a verdict of the jury for the defendant, which was recorded and the jury was discharged, but no semblance of a judgment upon such verdict appears to have been entered. See *Tunno v. International Railway & Steamship Co.*, 34 Fla. 300, 16 South. Rep. 180, and cases cited.

Writ of error dismissed.

TAYLOR, C. J., and HOCKER and COCKRELL, JJ., concur.

CARTER, P. J., and SHACKLEFORD and WHITFIELD, JJ., concur in the opinion.